**RECEIVED**
IN LAKE CHARLES, LA

MAR 24 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| KRISTI FONTENOT o/b/o the minor child, C.B. | : | DOCKET NO. 04-2326 |
| VS. | : | JUDGE MINALDI |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly,

IT IS ORDERED that plaintiff's motion for attorney's fees [doc. # 14] is hereby GRANTED, and that fees are awarded in favor of plaintiff in the amount of $ 3,146.00.

IT IS FURTHER ORDERED that $ 150.00 in expenses are awarded to plaintiff.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 23 day of March, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE